1104

No. 00-500. KOENIG ET AL. v. FUGRO-MCCLELLAND (SOUTH-WEST), INC., ET AL. C. A. Fed. Cir. Motion of petitioners for leave to lodge Magistrate's memorandum and recommendation under seal granted. Certiorari denied.

No. 00-553. SHINWARI v. RAYTHEON AIRCRAFT CO. C. A. 10th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00-656. KAPLAN v. CALIFORNIA PUBLIC EMPLOYEES' RE-TIREMENT SYSTEM (PERS) ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00-801. SIMON v. VALUE BEHAVIORAL HEALTH INC. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00-581. CBS, INC., ET AL. v. BELLAS. C. A. 3d Cir. Motion of ERISA Industry Committee et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 00-679. WASHINGTON v. KINZY. Sup. Ct. Wash. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00-692. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS v. PATTERSON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00-686. NEIDIG, DIRECTOR, OREGON DEPARTMENT OF CONSUMER AND BUSINESS SERVICES v. NATIONAL WARRANTY INSURANCE CO., RRG. C. A. 9th Cir. Motion of National Association of Insurance Commissioners for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 00-701. CITY OF SIMI VALLEY v. YOUNG. C. A. 9th Cir. Motion of 211 Alpine Street, LLC, for leave to file a brief as *amicus curiae* out of time granted. Certiorari denied.